UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**

-against-

17 **CR.** 444 (RMB)

CARLOS TORRES,

Defendant.
-----------------------------------------------------------X

Counsel for Mr. Torres, Stewart Orden, is directed to respond to the attached letter from Mr. Torres by February 18, 2020.

Dated: New York, New York
February 4, 2020

_____
**RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2020

August 5, 2019

Carlos Torres * 56396-054
F.C.I. McKean
P.O. Box 8000
Bradford, PA 16731

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/19

Hon. Richard M. Berman
Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Inre: Case No. 17 cr. 444 (RMB)

Dear Judge,

Whether or not Rehaif v United States, 17-9560 (June 21, 2019) applys to my case?

Government and Defense counsel orderd to respond by 9/10/19.

SO ORDERED:
Date: 8/28/19
Richard M. Berman, U.S.D.J.

Copies Mailed By Chambers
8/28/19

Copies 2.
Carlos Torres * 56396-054
F.C.I. McKean
P.O. Box 8000
Bradford, PA 16731