**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
         - against -                      :         17 Cr. 444 (RMB)
                                          :
CARLOS TORRES,                            :         **ORDER**
                        Defendant.        :
---------------------------------------------------------------x

The Government is respectfully requested to submit under seal Mr. Torres's BOP medical records on or before Monday, April 26, 2021.

Dated:  New York, New York
        April 22, 2021

_____
**RICHARD M. BERMAN, U.S.D.J.**

1