UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                17 CR. 444 (RMB)
  -against-

                                                **ORDER**

CARLOS TORRES,
                Defendant.
------------------------------------------------------------X

      The Court will hold a supervised release hearing on Tuesday, March 15, 2022 at 9:30 AM.

      In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0444

Dated: January 26, 2022
       New York, NY

                                                _____
                                                   RICHARD M. BERMAN
                                                       U.S.D.J.