**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
    - against -                           :          17 CR. 444 (RMB)
                                         :
CARLOS TORRES,                           :          **ORDER**
                Defendant.       :
------------------------------------------------------------x

       Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

Dated: March 14, 2022
New York, New York

                                                          _____
                                                  **RICHARD M. BERMAN, U.S.D.J.**