UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

CARLOS TORRES,

          Defendant.

CASE NO.: 17 Cr. 444 (RMB)(SLC)

**<u>SCHEDULING ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

      This case has been referred to the undersigned for purposes of monitoring the status of Defendant's supervised release and to conduct status hearings (ECF No. 48). Accordingly, the supervised release hearing scheduled for Tuesday, March 15, 2022, at 9:30 am is now **RESCHEDULED** to **Thursday, March 17, 2022, at 9:30 am** and will take place before Magistrate Judge Sarah L. Cave. **The parties, including Mr. Torres are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.**

Dated:     New York, New York
           March 14, 2022

                                SO ORDERED.

                                 _____
                                **SARAH L. CAVE**
                                **United States Magistrate Judge**