**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                  Government,

           17 CR 444 (RMB)

    -against-

           **ORDER**

CARLOS TORRES,
                  Defendant.
-------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

    C.J.A. attorney Michael Hueston is appointed to represent Defendant effective March 14, 2022.

Dated: New York, New York
       March 14, 2022

                                  _____
                                  **Hon. Richard M. Berman, U.S.D.J.**