# MICHAEL HUESTON
ATTORNEY AT LAW

16 COURT STREET  
35TH FLOOR  
BROOKLYN, NEW YORK 11241

Tel: (718) 246-2900  
Fax: (718) 246-2903  
Email: mhueston@nyc.rr.com

August 28, 2022

**BY ECF**  
The Honorable Sarah L. Cave  
United States District Court  
Southern District of New York  
500 Pearl Street, Court Room 18A  
New York, New York 10007

Re: *United States v. Torres*, 17 Cr. 444 (RMB) (SLC)

Your Honor:

I represent Mr. Carlos Torres in the above-referenced case. I write to request that the parties' September 13, 2022, at 9:00 a.m., status conference be moved to either September 12, at 9:00 a.m., or September 15, 2022, at 9:00 a.m., which are times the government is available and consistent with our practice of conducting these conferences so as not to disrupt Mr. Torres' workday.

The reason for this request is because I have a previously scheduled in person conference at that date and time in *United States v. Jordan,* 20-CR-305 (LDH) (EDNY), which involves an upcoming homicide and drug distribution trial.

I appreciate Your Honor's consideration of this request.

Respectfully,

/s/ Michael Hueston

cc:   A.U.S.A. Michael Longyear

---

Application GRANTED. The supervised release hearing scheduled for Tuesday, September 13, 2022 is now RESCHEDULED to Monday, **September 12, 2022 at 9:00 am** and will take place before **Judge Cave** on the Court's conference line. The parties, including Mr. Torres are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The Clerk of Court is directed to close ECF No. 52.

SO ORDERED 8/29/2022

*/s/ Sarah L. Cave*  
SARAH L. CAVE  
United States Magistrate Judge