UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

CARLOS TORRES,

             Defendant.

CASE NO.: 17 Cr. 444 (RMB)(SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the supervised release hearing held today, December 12, 2022, the supervised release condition relating to Mr. Torres' attendance of mental health treatment/counseling sessions is terminated. All other terms and conditions remain in effect. See Transcript of proceedings held on December 12, 2022 for a complete record.

Dated:    New York, New York
           December 12, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**