UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

CARLOS TORRES,

           Defendant.

CASE NO.: 17 Cr. 444 (RMB)(SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Friday, September 15, 2023, is hereby converted into a videoconference hosted by the Court through the Microsoft Teams platform. Members of the public can use the following dial in number for audio only listening: (646) 453-4442; Phone Conference ID: 241 029 545#.

Dated:    New York, New York
            August 22, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**