UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,
                       Government,                              **ORDER**

        -against-                                           17 **CR.** 444 (RMB)

CARLOS TORRES,
                       Defendant.
-----------------------------------------------------------------X

        The Court is in receipt of the Defense application dated September 27, 2023, for an early termination of supervised release. Probation (and the Government) is requested to submit written responses in some detail to the Defense application by November 21, 2023.

        The Court will hold a remote supervised release hearing on January 8, 2024 at 10:00 at which time the Court will rule upon the application.


Dated: New York, New York
           November 7, 2023

                                                      _____
                                                        **RICHARD M. BERMAN, U.S.D.J.**