UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                       Government,   :   17 CR. 444 (RMB)
                                           :
      - against -                         :   **ORDER**
                                           :
CARLOS TORRES,                             :
                       Defendant.    :
------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, January 9, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 832 935 222#

Dated: January 3, 2024
       New York, NY

                                                **RICHARD M. BERMAN**
                                                   **U.S.D.J.**